IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GERALD COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-03081-WTL-MJD |
| | ) |
| JAMES PERRY, | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S NOTICE OF SERVICE OF INITIAL DISCLOSURES</u>**

Comes now Defendant James Perry, by counsel, and notifies the Court that he has served his Fed. R. Civ. P. 26(a)(1) initial disclosures on all of the other parties in this lawsuit.

Respectfully Submitted,

 /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017 a copy of the foregoing DEFENDANT'S NOTICE OF SERVICE OF INITIAL DISCLOSURES was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Richard A. Waples**
WAPLES & HANGER
410 N. Audubon Rd.
Indianapolis, IN 46219
rwaples@wapleshanger.com

**Andrew R. Duncan**
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS & HASBROOK
107 N. Pennsylvania Street
Suite 900
Indianapolis, IN 46204
ard@rucklaw.com

**Edward J. Merchant**
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS & HASBROOK
107 N. Pennsylvania Street
Suite 900
Indianapolis, IN 46204
ejm@rucklaw.com

**John F. Kautzman**
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS & HASBROOK
107 North Pennsylvania Street
Suite 900
Indianapolis, IN 46204
jfk@rucklaw.com

          /s/ *Pamela G. Schneeman*
          Pamela G. Schneeman, (18142-53)
          Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968