UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GERALD COLE, ) | |
| ) | |
| PLAINTIFF, ) | CAUSE NO. 1:16-cv-03081-WTL-MJD |
| ) | |
| v. ) | |
| ) | |
| JAMES PERRY, ) | |
| ) | |
| DEFENDANT. ) | |

**PLAINTIFF'S PRELIMINARY EXHIBIT LIST**

Plaintiff, in accordance with the case management plan, submits this preliminary list of exhibits:

1. Plaintiff's medical records from Eskenazi Health.

2. Plaintiff's medical records from Rehabilitation Hospital of Indiana.

3. Plaintiff's medical records from Manor Care Health Services.

4. Exhibits identified in discovery.

5. Exhibits listed on any exhibit list or initial disclosures.

6. Any exhibits needed for rebuttal.

                Respectfully submitted,

Dated: February 28, 2017       */s/ Richard A. Waples*
                       Richard A. Waples
                       Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 28, 2017, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Pamela G. Schneeman - Pamela.Schneeman@indy.gov

John F. Kautzman - jfk@rucklaw.com

Andrew R. Duncan - ard@rucklaw.com

Edward J. Merchant - ejm@rucklaw.com


*/s/ Richard A. Waples*
Richard A. Waples


**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com