**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **GERALD COLE,** ) | |
| ) | |
| PLAINTIFF, ) | CAUSE NO. 1:16-cv-03081-WTL-MJD |
| ) | |
| v. ) | |
| ) | |
| **JAMES PERRY,** ) | |
| ) | |
| DEFENDANT. ) | |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

Plaintiff, in accordance with the case management plan, submits this preliminary list of witnesses:

1. Gerald Cole, plaintiff.
2. James Perry, defendant.
3. Stephen Cole.
4. Jessica Cole.
5. Dashay Cole.
6. Jasmine Cole.
7. Keyonna Clark.
8. Yolanda Couch.
9. Brandon Brown.
10. Witnesses identified in discovery.
11. Witnesses listed on any witness list or initial disclosure.
12. Witnesses needed for rebuttal testimony.

                                                  Respectfully submitted,

Dated: February 28, 2017              */s/ Richard A. Waples*
                                                  Richard A. Waples
                                                  Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 28, 2017, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

      Pamela G. Schneeman - Pamela.Schneeman@indy.gov

      John F. Kautzman - jfk@rucklaw.com

      Andrew R. Duncan - ard@rucklaw.com

      Edward J. Merchant - ejm@rucklaw.com


      */s/ Richard A. Waples*
      Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com