IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GERALD COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-03081-WTL-MJD |
| | ) |
| JAMES PERRY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Comes now Defendant, James Perry, by counsel, and submits the following preliminary witness and exhibit list:

**WITNESSES**

1. Officer James Perry;

2. Sergeant John Maloney;

3. Jazmyne Cole;

4. Stephen Cole;

5. Gerald Cole;

6. Any person identified by Plaintiff in his Rule 26(a)(1) initial disclosures;

7. Any person listed on any of Plaintiff's preliminary and final witness lists;

8. Any persons identified by Plaintiff in response to written discovery served in this action;

9. Any persons involved in the investigation of the incident that is the subject of Plaintiff's Complaint;

10. Any medics or emergency medical personnel who responded to the scene of the incident that is the subject of Plaintiff's Complaint;

11. Any law enforcement personnel who responded to the scene of the incident that is the subject of Plaintiff's Complaint;

12. Any of Plaintiff's medical care providers, including but not limited to physicians, mental health counselors, occupational therapists, and physical therapists;

13. Any expert witnesses that Defendant may decide to utilize at trial, including but not limited to a use of force expert, a vocational expert, and a medical expert;

14. Any expert witnesses that Plaintiff may decide to utilize at trial;

15. Any persons who are deposed in connection with this action;

16. Any persons necessary to lay the foundation for the admission of exhibits to be used at trial; and

17. Any persons with knowledge and information relevant to the claims and defenses in this action who might be discovered as this case moves forward.

## EXHIBITS

1. Indianapolis Metropolitan Police Department Incident Report, Report # PD16126752;

2. Event History Detail (also known as the "CAD") for Case No. PD161267523;

3. The audio recording of Jazmyne Cole's October 19, 2016 phone call to 911 and all related audio of dispatch and law enforcement radio communications;

4. Any documents produced by Plaintiff to Defendant in connection with this lawsuit;

5. Any documents produced by Defendant to Plaintiff in connection with this lawsuit;

6. Any of Plaintiff's discovery responses served in this lawsuit;

7. Any documents produced to the parties by non-parties in connection with this lawsuit, including but not limited to Plaintiff's medical records;

8. Any depositions taken in connection with this lawsuit, including any exhibits thereto;

9. Any pleadings and motions filed in this case, including any exhibits thereto;

10. Any written reports prepared by any of the parties' experts in this case, including any documents, records, academic articles, literature, and things relied upon by said experts in forming their opinions;

11. A sketch, photograph, diagram, map, aerial view, Google Street View images and/or video and other visual depictions of the location of the incident that is the subject of Plaintiff's Complaint to be used as demonstrative evidence;

12. Any documents necessary for purposes of impeachment and rebuttal; and

13. Any and all documents and things relevant to the claims and defenses in this action that might be discovered as this case moves forward.

Respectfully Submitted,

 /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017 a copy of the foregoing DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Richard A. Waples**
WAPLES & HANGER
410 N. Audubon Rd.
Indianapolis, IN 46219
rwaples@wapleshanger.com

**Andrew R. Duncan**
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS & HASBROOK
107 N. Pennsylvania Street
Suite 900
Indianapolis, IN 46204
ard@rucklaw.com

**Edward J. Merchant**
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS & HASBROOK
107 N. Pennsylvania Street
Suite 900
Indianapolis, IN 46204
ejm@rucklaw.com

**John F. Kautzman**
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS & HASBROOK
107 North Pennsylvania Street
Suite 900
Indianapolis, IN 46204
jfk@rucklaw.com

       /s/ *Pamela G. Schneeman*
     Pamela G. Schneeman, (18142-53)
     Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968