# EXHIBIT A

# DEPOSITION EXCERPTS

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                     INDIANAPOLIS DIVISION
             CAUSE NO. 1:16-cv-03081-WTL-MJD

GERALD COLE,                    }
                                }
         Plaintiff,             }
                                }
         -vs-                   }
                                }
JAMES PERRY,                    }
                                }
         Defendant.             }


             DEPOSITION OF JAMES PERRY


         The deposition upon oral examination of
JAMES PERRY, a witness produced and sworn before me,
Amy Doman, RPR, CRR, CSR No. 10-R-3022, Notary Public
in and for the County of Hamilton, State of Indiana,
taken on behalf of the Plaintiff, at the offices of
Connor Reporting, 111 Monument Circle, Suite 4350,
Indianapolis, Indiana, scheduled to begin at
10:26 a.m., on Friday, July 28, 2017, pursuant to the
Federal Rules of Civil Procedure.
```

```
                    A P P E A R A N C E S
FOR THE PLAINTIFF:
              Richard A. Waples
              WAPLES & HANGER
              410 North Audubon Road
              Indianapolis, IN  46219
              317.357.0903
              rwaples@wapleshanger.com

FOR THE DEFENDANT:

              John F. Kautzman
              RUCKELSHAUS KAUTZMAN
              BLACKWELL BERNIS & HASBROOK
              107 North Pennsylvania Street
              Suite 900
              Indianapolis, IN  46204
              317.634.4356
              jfk@rucklaw.com
              Pamela G. Schneeman
              CITY OF INDIANAPOLIS
              200 East Washington Street
              Suite 1601
              Indianapolis, IN  46204
              317.327.4055
              Pamela.Schneeman@indy.gov
```

```
                     INDEX OF EXAMINATION
                                                    PAGE
DIRECT EXAMINATION...........................    4
    QUESTIONS BY RICHARD A. WAPLES
CROSS-EXAMINATION............................  102
    QUESTIONS BY JOHN F. KAUTZMAN


                      INDEX OF EXHIBITS

Exhibit        Description                        Page

Exhibit 1      - Diagram........................89
```

1  Time noted: 10:25 a.m.
2              JAMES PERRY,
3  having been duly sworn to tell the truth, the whole
4  truth, and nothing but the truth relating to said
5  matter, was examined and testified as follows:
6
7  DIRECT EXAMINATION
8    QUESTIONS BY RICHARD A. WAPLES:
9  Q   Could you please state your full name.
10 A   James Perry.
11 Q   And what do you do, Mr. Perry?
12 A   I'm a police officer for the Indianapolis
13     Metropolitan Police Department.
14 Q   How long have you been so employed?
15 A   Just over three years.
16 Q   And give me a little information about your
17     assignments and your duties as an IMPD officer.
18 A   I am assigned to the east district, middle shift.
19     So during my shift, I'm responsible for responding
20     to 911 calls for service, proactively, like,
21     patrolling my area, getting to know the citizens
22     that live there, their complaints, that sort of
23     thing, assisting them with whatever we can,
24     quality-of-life issues, that sort of thing.
25 Q   What shifts have you worked?



**97**

1  Go ahead.
2      MS. SCHNEEMAN: And this is asked and answered
3  and becoming harassing of the witness because it's
4  been asked so many times, and he's already answered
5  it.
6  A  Again, it absolutely can be. You can use it for
7  that reason and to effect an arrest. So if he is
8  fleeing after the -- after having committed a crime
9  like that, then yes, you are legally justified in
10    using deadly force.
11    BY MR. WAPLES:
12  Q  Do you have to give a warning --
13  A  No.
14  Q  -- if it's -- if you can?
15  A  If it is feasible, it is advisable. But I don't --
16    I know with the law, no, you are under no
17    obligation to give a warning.
18  Q  Your cell phone fell out on the ground during this
19    part of this event --
20  A  Correct.
21  Q  -- and was recovered?
22  A  Yes.
23  Q  Do you use your cell phone during your police work?
24    Do you communicate with other officers on your cell
25    phone?

**98**

1  A  Actually, not normally, no.
2  Q  Ever? Do you guys talk on the phone?
3  A  Outside of work, yeah, but I mean, usually we are
4    communicating with our laptops and radios. Cell
5    phones take too much time.
6  Q  Do you ever text message between officers?
7  A  Again, I mean, at times, yeah.
8  Q  Do you recall whether you text messaged anybody on
9    this occasion?
10  A  I don't recall. I wasn't texting during my --
11    while I was in the middle of the run, no.
12  Q  On the way there or afterwards, did you?
13  A  No. I don't typically text and drive.
14      MR. WAPLES: Let's take a short one-minute
15    break.
16      (A recess was taken between 12:17 p.m. and
17    12:23 p.m.)
18    BY MR. WAPLES:
19  Q  Officer Perry, have you had any other lawsuits
20    filed against you?
21  A  I have not.
22  Q  And have you had citizens' complaints lodged
23    against you?
24  A  I have.
25  Q  Do you recall what those were for or how many or

**99**

1    both?
2      MR. KAUTZMAN: Objection; compound, complex,
3    but you can answer.
4  A  I have had a couple of rudeness complaints. I've
5    had a use of force allegation, I think two. That
6    kind of covers the gamut of them.
7    BY MR. WAPLES:
8  Q  Any of them sustained?
9  A  None of the -- none of the complaints themselves,
10    no. I have had a sustained procedural -- not
11    following procedure, according to the IA
12    investigator, in searching a prisoner. But as
13    you'll find in my record, my lieutenant who was on
14    the scene also does not agree with that. So
15    there's backing for both sides of it.
16  Q  You say you've testified by deposition before.
17    When was that?
18  A  I've had multiple. I don't --
19  Q  In civil cases or criminal?
20  A  For criminal court. I've never had, like, a civil
21    deposition or anything like that.
22  Q  So in criminal court, you've been deposed, asking
23    what happened during an interaction during an
24    apprehension of somebody --
25  A  Correct.

**100**

1  Q  -- being accused of a crime?
2  A  Yes.
3  Q  And have you ever committed any crimes?
4  A  No.
5  Q  I understand that you are in the -- is it National
6    Guard?
7  A  I am.
8  Q  And you have a deployment coming up?
9  A  Correct.
10  Q  When is that?
11  A  Roughly, again, specific dates aren't out
12    100 percent. And when they do come out, they are
13    also somewhat sensitive, so I don't know the exact
14    dates yet. They won't tell us until we get much
15    closer, but very early January. We're due back in
16    Indiana somewhere early to middle November.
17      MS. SCHNEEMAN: Of what year?
18      THE WITNESS: 2018, sorry.
19    BY MR. WAPLES:
20  Q  So it's your understanding, at least, your
21    information from your superiors in the National
22    Guard, that you're going to be deployed out of the
23    country from sometime around in January until
24    November of 2018?
25  A  Correct.

