# EXHIBIT C

# EMAIL

**Schneeman, Pamela G.**

---

| | |
|---|---|
| **From:** | Perry, James A. |
| **Sent:** | Thursday, October 05, 2017 11:43 AM |
| **To:** | Schneeman, Pamela G. |
| **Subject:** | FW: Leave information concerning upcoming deployment |
| **Importance:** | High |

 Will this work??

Be Safe,

## J. Aaron Perry
Patrol Officer
East District Middle Shift (B257)
Indianapolis Metropolitan Police Department
Department of Public Safety
201 N Shadeland Ave
Indianapolis IN, 46219
TX 317-327-6200
Fax 317-327-6290
**james.perry@indy.gov**

Police-Fire-Homeland Security-Animal Control and Care - EMS

---

**From:** Such, Thomas P SSG USARMY NG INARNG (US) [mailto:thomas.p.such.mil@mail.mil]
**Sent:** Thursday, October 05, 2017 11:42 AM
**To:** Perry, James A. <James.Perry@indy.gov>
**Subject:** Leave information concerning upcoming deployment
**Importance:** High

Specialist:

This email is to confirm your questions concerning leave policy during your FY18 Mobilization. Yes you are on Mobilization Orders and because of the nature of the mission there will be NO authorized leave for the duration of the mission. I hope this clarifies any questions you may have.

V/R

Thomas P Such
SSG INARNG
IT Supervisor, Acting S6 NCOIC, HHC 38th SUSBDE
317-800-0790