IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GERALD COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:16-cv-03081-WTL-MJD |
| | ) |
| JAMES PERRY and | ) |
| THE CITY OF INDIANAPOLIS, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANTS' STATEMENT OF DEFENSES**

Defendants, James Perry and the City of Indianapolis ("Defendants") by counsel, and pursuant to Section II(D) of the Amended Case Management Order approved on February 6, 2018, at Docket No. 76 state as follows:

1. Defendants assert that James Perry is entitled to qualified immunity because it was not clearly established that he could not use deadly force under the circumstances that he faced when the events giving rise to this lawsuit occurred.

Respectfully Submitted,

*/s/ Traci M. Cosby*
Traci Cosby (31003-49)
Assistant Corporation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: Traci.Cosby@indy.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on March 2, 2018 a copy of the foregoing DEFENDANTS' STATEMENT OF DEFENSES was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Richard A. Waples<br>WAPLES & HANGER<br>410 N. Audubon Rd.<br>Indianapolis, IN 46219 | Andrew R. Duncan<br>Edward J. Merchant<br>John F. Kautzman<br>RUCKELSHAUS KAUTZMAN<br>BLACKWELL & BEMIS, LLP<br>135 N. Pennsylvania Street, Suite 1600<br>Indianapolis, IN 46204 |

                                        /s/ *Traci M. Cosby*
                                        Traci Cosby (31003-49)
                                        Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968