# PLAINTIFF'S SUBMISSION OF EVIDENCE IN SUPPORT OF MOTION TO EXCLUDE DEFENSE EXPERTS

# NO. 2

*Deposition of Officer Michael Daley*
**pp. 9-10; 14; 21-22**

```
                        Michael Daley
 9                    September 07, 2018
                                                              9
 1         was able to review it, but I believe that's a
 2         pretty accurate summary.
 3   Q     But you reviewed it right before the deposition?
 4   A     Correct.  We're pretty close.
 5   Q     Nothing about that is incorrect that you know of?
 6   A     Not that I know of at this time.
 7   Q     Okay.  You're not here to tell us which of those
 8         versions is accurate, are you?
 9   A     That's not my position here.
10   Q     Your opinion is based upon accepting Officer
11         Perry's version of what happened.  Your opinion is
12         that his use of firearms was within acceptable
13         standards and regulations and training?
14   A     It's a mischaracterization there a little bit.
15   Q     Please correct that.
16   A     Yeah.  As I stated in my opinion there, since there
17         is not much of a disagreement amongst the facts as
18         to up and to the point that Gerald begins
19         interacting with Perry, everyone agrees that it's
20         physical including Gerald, but the nature of it.
21             So in forming that opinion, as I stated there,
22         based upon two other witness besides Perry himself,
23         Jazmyne and Brown, I believe it was, saw him grab
24         up around his shoulders.  And I based my opinion
25         upon those statements, not just Officer Perry's
```



Connor Reporting
www.connorreporting.com

317.236.6022

10

```
 1        alone.
 2   Q    Okay.  So what about those statements -- you relied
 3        upon those statements of Jazmyne Cole and Brian
 4        Brown?
 5   A    Could I look at my report to refresh my memory?
 6   Q    Sure.
 7               (Witness reviews documents.)
 8   A    Yeah.  As I'm reading here on the summary of the
 9        incident, second paragraph, Perry, Jazmyne and
10        Brian Brown, all stated that Gerald grabbed Perry,
11        pulled and pushed on him.
12   Q    Okay.  Do you think Brian Brown was telling the
13        truth about what he saw?
14   A    I have no reason or no evidence to say they weren't
15        telling the truth.
16   Q    Do you think Gerald Cole is telling the truth about
17        what he did?
18   A    So are you asking me to go through these witnesses
19        and say whether or not I believe they're being
20        honest or not?
21   Q    I'm trying to figure out what you relied upon in
22        your opinion.  And I understand your opinion is
23        based upon the version of events of Gerald Cole as
24        most specifically testified to by Officer Perry; is
25        that correct?
```



```
                                                              14
 1        happened?
 2   A    None of the information given to me is not so much
 3        about telling the truth.  As I've already stated,
 4        I'm not a lie detector.  That's my point.  It's to
 5        review the information provided to me, given the
 6        persons' locations, where they're standing, what
 7        they could possibly see and then write an opinion
 8        on that.
 9   Q    Okay.  But basically your opinion that Officer
10        Perry's use of the firearm was acceptable within
11        the standards and practices was -- is based on the
12        version of events of Gerald coming up, grabbing him
13        by the throat, reaching for his gun, pointed his
14        gun and blading his body, lunging towards Officer
15        Perry and reaching towards his waist?
16   A    Yes.
17   Q    That's all I really wanted to understand.
18   A    Okay.
19   Q    If Gerald Cole did not do those things, if Gerald
20        Cole did as Gerald Cole testified to, came up and
21        heard Officer Perry threaten to strike his brother
22        and Gerald Cole came and pushed him, Officer Perry,
23        by the shoulders off of his brother and then turned
24        around and ran and then was shot by Officer Perry,
25        would Officer Perry's use of the firearm been
```



Michael Daley
September 07, 2018
21

21

```
 1        feet away or whether he was 20 feet away, there's
 2        no physical evidence that you saw that cuts one way
 3        or the other on that one?
 4   A    Correct, but, again, with the statement that the
 5        forensics is not my expertise.
 6   Q    If there was physical evidence that supported one
 7        of those versions and didn't support the other
 8        version, would you tend to think the version that
 9        had the physical evidence that supported it would
10        more likely be true than not?
11             MR. UPCHURCH:  Objection, speculation.
12   A    I'm sure if there was physical evidence that
13        supported one way or the other, I would definitely
14        bring that into account in my determination
15        opinion, as I have done.
16   Q    What other factors, besides physical evidence or
17        the lack of physical evidence, is there that played
18        any part in your determination, your opinion?
19   A    So the factors that play a part in my determination
20        were the statements I read and all of the materials
21        I reviewed in authoring my opinion.
22   Q    The witness statements?
23   A    The witness statements, the photos, dispatch
24        report, drug screen report, detective notes, and
25        the last I said right there photographs related to
```



Connor Reporting
www.connorreporting.com

317.236.6022

Michael Daley
September 07, 2018

22

22

```
 1      the incident.
 2  Q   Okay.  If there was physical evidence that was --
 3      that would show that Gerald was 20 to 25 feet away
 4      when he was shot, would your opinion be that
 5      Gerald's version of the events was more likely true
 6      than not?
 7          MR. UPCHURCH:  Objection, speculation.
 8  A   One more time for me, please, because he does throw
 9      me.  It's been a long week, sorry.
10  Q   If there was physical evidence that showed that
11      Gerald was 20 to 25 feet away when he was shot,
12      would that go towards suggesting to you that
13      Gerald's version of the events was accurate?
14  A   So, again, if I had new evidence come in, I'd want
15      to review it all and look at it.  Would the
16      distance of 20 to 25 feet away when he was struck
17      swing my opinion, no, I don't believe it would.
18  Q   I know Officer Perry's version, again, is the --
19      just four or five factors, throat grab, gun grab,
20      blading body, lunging towards him, and reaching
21      towards his waistband.  And I assume all of those
22      factors are relevant in your opinion?
23  A   They are.
24  Q   If some of those factors didn't happen, could that
25      change your opinion?
```



Connor Reporting
www.connorreporting.com

317.236.6022