UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GERALD COLE, | ) |
| | ) |
| PLAINTIFF, | ) CAUSE NO. 1:16-cv-03081-WTL-MJD |
| | ) |
| v. | ) |
| | ) |
| JAMES PERRY and, | ) |
| THE CITY OF INDIANAPOLIS, | ) |
| | ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S DESIGNATION OF DEPOSITION PORTIONS**

Plaintiff, pursuant to the Case Management Plan, submits the following designation of deposition testimony he intends to present to the jury:

**Deposition of Defendant James Perry**

| Page | Lines |
|---|---|
| 4 | 9-10 |
| 78 | 2-7 |
| 79 | 1-25 |
| 87 | 11-13, 20-25 |
| 88 | 1-11, 22-25 |
| 89 | 1-25 |
| 90 | 1-19 |

**Deposition of Attorney Leo Blackwell, Defendant James Perry's Agent**

| Page | Lines |
|---|---|
| 4 | 7-23 |
| 6 | 7-12 |
| 8 | 3-10 |
| 9 | 12-20, 25 |
| 10 | 1-9, 24-25 |
| 11 | 1-13 |

**Deposition of Dr. Jesse Savage**

| Page | Line | Page | Line |
|---|---|---|---|
|  |  | 71 | 3-21 |
| 3 | 1-4, 19-25 | 72 | 12-19 |
| 4 | 1-6 | 73 | 9-25 |
| 5 | 1-9 | 74 | 1-2 |
| 7 | 1-3, 22-25 | 75 | 22-25 |
| 8 | 1-7 | 76 | 1-19 |
| 11 | 2-25 | 80 | 7-23 |
| 12 | 1-15 | 81 | 3-9, 17-22 |
| 13 | 1-25 | 83 | 18-23 |
| 14 | 1-25 |  |  |
| 15 | 5-25 |  |  |
| 16 | 1-4 |  |  |
| 17 | 20-25 |  |  |
| 18 | 1-9 |  |  |
| 26 | 5-25 |  |  |
| 27 | 1-16 |  |  |
| 46 | 9-25 |  |  |
| 47 | 1-25 |  |  |
| 48 | 1-25 |  |  |
| 49 | 1-25 |  |  |
| 50 | 1-25 |  |  |
| 51 | 1-25 |  |  |
| 52 | 1-25 |  |  |
| 53 | 1-25 |  |  |
| 54 | 1-25 |  |  |
| 55 | 1-25 |  |  |
| 56 | 1-2, 21-25 |  |  |
| 57 | 1-25 |  |  |
| 58 | 1-25 |  |  |
| 59 | 1-25 |  |  |
| 60 | 1-25 |  |  |
| 61 | 1-25 |  |  |
| 62 | 1-5 |  |  |
| 65 | 18-25 |  |  |
| 66 | 1-19, 23-25 |  |  |
| 67 | 1-9, 20-25 |  |  |
| 68 | 1-25 |  |  |
| 69 | 1-19 |  |  |

**Deposition of Dr. Hristos Kaimakliotis**

| Page | Line |
| --- | --- |
| 4 | 7-10 |
| 8 | 13-17, 21-23 |
| 9 | 24-25 |
| 10 | 1-24 |
| 11 | 19-25 |
| 12 | 1-12, 18-25 |
| 13 | 1-19 |
| 14 | 18-25 |
| 15 | 1-25 |
| 16 | 1-25 |
| 17 | 1-3, 11-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-9 |
| 25 | 3-25 |
| 26 | 1-25 |
| 27 | 1-4 |
| 28 | 18-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-6 |
| 33 | 6-25 |
| 34 | 12-13 |

**Dr. Michael Guzman**

      Deposition Not Completed as yet

**Dr. Robert Sandy**

      Deposition Not Completed as yet

                                       Respectfully submitted,

Dated: April 29, 2019

                                       */s/ Richard A. Waples*
                                       Richard A. Waples
                                       Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 29, 2019, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Andrew J. Upchruch - andrew.upchurch@indy.gov

John F. Kautzman - jfk@rucklaw.com

Andrew R. Duncan - ard@rucklaw.com

Edward J. Merchant - ejm@rucklaw.com

Martin A. Brown - mab@rucklaw.com

Traci Cosby - traci.cosby@indy.gov

*/s/ Richard A. Waples*
Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com