*In the Matter Of:*

GERALD COLE

-vs-

JAMES PERRY

LEO BLACKWELL

February 15, 2018



**CONNOR REPORTING**

111 Monument Circle, Suite 4350
Indianapolis, IN 46204
Phone: 317-236-6022
Fax: 317-236-6015
Toll Free: 800-554-3376

4

1   (Time noted:   1:39 p.m.)

2                  LEO T. BLACKWELL,

3   having been duly sworn to tell the truth, the whole

4   truth, and nothing but the truth relating to said

5   matter, was examined and testified as follows:

6

7   DIRECT EXAMINATION,

8      QUESTIONS BY RICHARD A. WAPLES:

9   Q   Could you please state your name?

10   A   Leo Blackwell.

11   Q   What do you do Mr. Blackwell?

12   A   I'm an attorney.

13   Q   How long have you been an attorney?

14   A   Since 1984, I believe.

15   Q   Where do you work?

16   A   I'm a partner at Ruckelshaus, Kautzman,

17       Blackwell & Bemis in Indianapolis.

18   Q   Prior to that, what did you do?

19   A   I was a police officer for 20 years for the City

20       of Indianapolis.

21   Q   Your firm represents the Fraternal Order of

22       Police, I understand?

23   A   We do.

24   Q   Can you tell me what you've done to prepare for

25       the deposition today?



Leo Blackwell
6                          February 15, 2018

6

```
 1      separately of the witnesses?

 2   A  Yes.

 3   Q  Why is that?

 4   A  I presume, to discourage any collaboration

 5      between the witnesses in getting stories

 6      straight, if you will.

 7   Q  Now, as an attorney for the FOP, I understood

 8      you were called the night of this incident.

 9      This was October 16th -- or the day of this

10      incident -- of 2016, to the scene; is that

11      correct?

12   A  Yes.

13   Q  Why was that?

14   A  Part of a critical incident response team that

15      is called out, which includes prosecutors,

16      support personnel, various command staff, and

17      us, as part of the protocol on police critical

18      incidents.

19   Q  Is this a policy of the City of Indianapolis?

20   A  It is a practice; I don't know that it's a

21      policy.

22   Q  Is there anything in the FOP contract with the

23      City that requires them to alert the FOP and

24      have a lawyer for the FOP respond to a critical

25      incident?
```



8

1  A    No.  I know it was daylight, it was perhaps

2       evening.  But no, I don't.

3  Q    What is the purpose of the FOP coming to such a

4       critical incident?

5  A    We are there to protect the police officers'

6       rights.

7  Q    What rights would those be?

8  A    The rights not to incriminate themselves, to

9       make sure that they're not overreached by their

10      administration.

11 Q    So what did you do when you arrived at the

12      scene?  I know the scene was at 35 North Denny.

13 A    I had to park some distance away, perhaps on the

14      next block, and was able to walk to the scene,

15      and was directed to the area where Officer Aaron

16      Perry was [sic] who I was told was the involved

17      officer.  I met with him.  I believe we got into

18      a vehicle, I don't believe it was mine, and we

19      were able to talk privately.

20 Q    Was it a police vehicle?

21 A    I don't know.  It usually would be, but -- it

22      probably was, but I don't know for sure.

23 Q    Probably not yours since you were parked a block

24      away or so?

25 A    Correct, but I don't remember which vehicle it



9

```
 1      was.

 2  Q   Had Officer Perry been questioned at the scene,

 3      prior to your arrival, by any of the police

 4      officers?

 5  A   Not to my knowledge.

 6  Q   Would it have been normal for him to have been

 7      questioned by any police officers?

 8  A   Only to establish where the crime scene is,

 9      where evidence might be, and if there is a

10      suspect that might be still at large.  But not

11      in-depth questioning.

12  Q   How long did you speak with Officer Maloney in

13      the car, approximately?

14          MR. KAUTZMAN:  Maloney?

15  Q   I'm sorry.

16  A   Not Maloney, yeah.

17  Q   Officer Perry, I said "Maloney," excuse me.

18  A   I don't remember specifically.  I would guess it

19      was 15 minutes, 20 minutes.  That's generally

20      the time it takes to speak to the officer.

21  Q   That was back and forth between you and him, you

22      asking him questions, him telling you things,

23      discussion about what had happened?

24  A   Correct.

25  Q   And then what did you do after that
```



10

```
 1      conversation?

 2   A  I think I spoke to Detective Maloney, because

 3      I'm not sure I knew who was in charge of the

 4      scene at the time, which officer was the lead

 5      investigator, so to speak.  I believe I was

 6      directed to Maloney, and he and I spoke, I think

 7      it was in the rear of the building, the house

 8      where this incident had occurred in the front

 9      area.  We were in the rear of that building.

10   Q  Were you in the building?

11   A  No.  In the yard or alley area, I think.

12   Q  In the yard or alley in back of the house?

13   A  I believe that's where it was, yes.

14   Q  Were there other officers or other people around

15      you and Officer Maloney when you were having

16      this discussion with him?

17   A  There were other people in the vicinity.  No one

18      was in close proximity to us or involved in the

19      conversation.

20   Q  Could others overhear what you were saying where

21      they were?

22   A  I couldn't say.  Perhaps they could; I don't

23      know.

24   Q  What did Officer Maloney ask you or tell you, if

25      you can recall?
```



Leo Blackwell
11                              February 15, 2018

11

```
 1   A   I think he asked for a walk-through, and I

 2       indicated that -- a walk-through being a

 3       re-creation of the events that led up, and I

 4       told him, under advice of counsel, the officer

 5       would not be doing that.

 6   Q   Oh, he asked you if Officer Perry would do that,

 7       give him a walk-through?

 8   A   I think that's what it was.  That's often the

 9       case at these scenes, they would like the

10       officer to do a walk-through.

11   Q   And you told him no, on your advice, you weren't

12       going to have him do that?

13   A   Yes.

14   Q   What else did Officer Maloney ask you?

15   A   I don't know that he asked me anything,

16       specifically, at that time.  I don't know for

17       sure.

18   Q   Did he ask you, basically, what had happened at

19       the scene, what you learned from Officer Perry?

20   A   I believe that, instead of a walk-through, yes.

21       Not what Officer Perry had said, but what my

22       interpretation of the events was.  "What do you

23       think happened after you talked to him," and I

24       believe that I --

25   Q   It was your only source of information about
```