## MEDICAL AND BILLING RECORDS CERTIFICATION AND AFFIDAVIT

1. My name is Charmita Gibson, and I am the Scan Representative of Health Information Management of Healthport a vendor for Eskenazi Health.

2. In response to the Subpoena Duces Tecum and Court Order/Authorization/Request for Production by third party served upon Eskenazi Health by OFFICE OF CORPORATION COUNSEL concerning the treatment of patient GERALD COLE ▇ 965, I swear or affirm under penalties of perjury that the copies of records for which certification is made are true and complete reproductions of the original medical records that are housed at Eskenazi Health. The original records were made and kept in the regular course of business and it is a regularly conducted activity and regular practice of Eskenazi Health to make such patient records at or near the time of the matter recorded, by or from information transmitted by a person with knowledge of those matters.

3. The number of requested pages in the medical record is 3221 pages.

4. I have delivered by mail to OFFICE OF CORPORATION COUNSEL the complete copy of our record for patient GERALD COLE ▇ 965 for dates of service 10/19/16-PRESENT. The custodian of the records in lieu of the custodian's personal appearance gives this certification pursuant to Indiana Code.

5. Further affiant sayeth not. *Charmita Gibson*

                        Healthport as agent of
                        Health Information Management
                        Eskenazi Health

ESKENAZI HOSPITAL ACUITY  
ADAPTABLE 9 WEST  
720 Eskenazi Avenue  
INDIANAPOLIS IN 46202-5166  
Inpatient Record  

COLE, GERALD D  
MRN: 005286703  
DOB: ▓▓▓1965, Sex: M  
Adm: 10/19/2016, D/C: 10/27/2016  

## ED Provider Notes - ED Notes (continued)

**ED Provider Notes by Megan L. Litzau, MD at 10/19/2016 4:16 PM (continued)**  Version 1 of 1

Physical Exam

ED Triage Vitals:  
Temperature: 97.5 °F [10/19/16 1549]  
Heart Rate: 89 [10/19/16 1547]  
Resp: 18 [10/19/16 1547]  
BP: 98/65 [10/19/16 1538]  
SpO2: 100 % [10/19/16 1547]  
Temp Source: Oral [10/19/16 1549]  
Heart Rate Source: Monitor [10/19/16 1609]  
Patient Position: n/a  
BP Location: n/a  
FiO2 (%): n/a  

Physical Exam  
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.  
HENT:  
Head: Normocephalic.  
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.  
Neck: No tracheal deviation present.  
Cardiovascular:  
**Tachycardiac, regular rhythm**  
Pulmonary/Chest: Effort normal and breath sounds normal.  
Genitourinary: Penis normal.  
Genitourinary Comments: **No rectal tone**  
Musculoskeletal:  
**Triangular shaped lesion to lateral aspect of R upper arm**  
Neurological: He is alert and oriented to person, place, and time.  
**Unable to move bilateral feet, Sensation intact to thighs but absent distal to knees bilaterally**  
Skin: Skin is warm and dry.[ML1.1]  

## Labs Reviewed
### CBC - Abnormal

| Result | Value |
|---|---|
| RBC | 3.48 (*) |
| HGB | 8.4 (*) |
| HCT | 26 (*) |
| MCV | 73 (*) |
| MCH | 24 (*) |
| RDW - CV | 14.9 (*) |
| MPV | 8.7 (*) |
| WBC | 6.9 |
| MCHC | 33 |
| PLT | 164 |

### BMP - Abnormal

| | |
|---|---|
| Carbon Dioxide | 8 (*) |
| Blood Urea Nitrogen | 4 (*) |

ESKENAZI HOSPITAL ACUITY
ADAPTABLE 9 WEST
720 Eskenazi Avenue
INDIANAPOLIS IN 46202-5166
Inpatient Record

COLE, GERALD D
MRN: 005286703
DOB: ███ 1965, Sex: M
Adm: 10/19/2016, D/C: 10/27/2016

## ED Provider Notes - ED Notes (continued)

**ED Provider Notes by Megan L. Litzau, MD at 10/19/2016 4:16 PM (continued)** — Version 1 of 1

| | |
|---|---|
| Glucose | 31 (*) |
| Creatinine | 0.45 (*) |
| Calcium | 6.4 (*) |
| Anion Gap | 23 (*) |
| Sodium | 138 |
| Potassium | 3.8 |
| Chloride | 107 |
| Glomerular Filtration Rate - African American | 241 |
| Glomerular Filtration Rate - Other | 199 |

ETOH - Abnormal
   Ethanol Level     5 (*)
LA - Abnormal
   Lactate Level     17.0 (*)

DRUG SCREEN, DRUGS OF ABUSE, URINE

| | |
|---|---|
| AMPHETAMINE SCRN UR | Negative |
| BARBITURATE SCRN UR | Negative |
| BENZODIAZEPINE SCRN UR | Negative |
| CANNABINOIDS SCREEN | Positive |
| COCAINE SCREEN | Positive |
| OPIATE SCRN UR | Negative |
| PCP SCRN UR | Negative |

T&S
  *Narrative:*
  *The following orders were created for panel order Type & screen.*

| Procedure | Abnormality | Status |
|---|---|---|
| ABO[16246236567] | | Final result |
| Rh (D)[16246236569] | | Final result |
| Antibody screen[16246236571] | | Final result |

*Please view results for these tests on the individual orders.*

ABO
  ABO TYPE     O
RH(D)
  RH TYPE     POS
ABS
  ANTIBODY SCREEN     NEG
PT-INR
LA
LA
SPECIMEN SORT, DRUG CONFIRMATION
PREPARE RBC
  Product Code     E4532V00
  Product Code Description
    Value:     AS-1 RBC LEUKOCYTES REDUCED ACDA ANTICOAGULANT BY PHERESIS
  Unit Id     W040716353557-B

| | |
|---|---|
| ESKENAZI HOSPITAL ACUITY | COLE, GERALD D |
| ADAPTABLE 9 WEST | MRN: 005286703 |
| 720 Eskenazi Avenue | DOB: ▮▮▮ 965, Sex: M |
| INDIANAPOLIS IN 46202-5166 | Adm: 10/19/2016, D/C: 10/27/2016 |
| Inpatient Record | |

## ED Provider Notes - ED Notes (continued)

**ED Provider Notes by Megan L. Litzau, MD at 10/19/2016 4:16 PM (continued)**                                                      Version 1 of 1

| | |
|---|---|
| Unit ABO | O |
| Unit RH | POS |
| DISPENSE STATUS | XM |
| Blood Expiration Date | 201611022359 |
| Blood Type Barcode | 5100 |
| Product Code | E0336V00 |
| Product Code Description | Red Blood Cells AS1/500ml/refgResLeu<5l og6 |
| Unit Id | W040716375834-G |
| Unit ABO | O |
| Unit RH | POS |
| DISPENSE STATUS | XM |
| Blood Expiration Date | 201611022359 |
| Blood Type Barcode | 5100 |

PREPARE RBC

| | |
|---|---|
| Product Code | E0336V00 |
| Product Code Description | Red Blood Cells AS1/500ml/refgResLeu<5l og6 |
| Unit Id | W040716379349-F |
| Unit ABO | O |
| Unit RH | POS |
| DISPENSE STATUS | RE |
| Blood Expiration Date | 201611212359 |
| Blood Type Barcode | 5100 |
| Product Code | E0336V00 |
| Product Code Description | Red Blood Cells AS1/500ml/refgResLeu<5l og6 |
| Unit Id | W040716383872-4 |
| Unit ABO | O |
| Unit RH | POS |
| DISPENSE STATUS | RE |
| Blood Expiration Date | 201611212359 |
| Blood Type Barcode | 5100 |
| Product Code | E0336V00 |
| Product Code Description | Red Blood Cells AS1/500ml/refgResLeu<5l og6 |
| Unit Id | W040716366897-2 |
| Unit ABO | O |
| Unit RH | POS |
| DISPENSE STATUS | RE |
| Blood Expiration Date | 201611212359 |
| Blood Type Barcode | 5100 |
| Product Code | E0336V00 |
| Product Code Description | Red Blood Cells |